**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE The   ☐ Marriage   ☐ Custody
            ☐ Support    ☐ Parentage

_____,     No. _____
                          Petitioner,
       and                                                   Calendar:

_____,
                          Respondent.

**DISCLOSURE STATEMENT**
**(Pursuant to Rule 13.3.1 (b))**

STATE OF _____
                                    } ss:
COUNTY OF _____

   Petitioner/Respondent, _____, being duly sworn, deposes and says that the following is an accurate statement as of _____, _____, of my net worth (assets of whatsoever kind and nature and wherever situated minus liabilities), statement of income from all sources, statement of monthly living expenses, statement of health insurance coverage, and statement of assets transferred of whatsoever kind and nature and wherever situated:

**Name:** _____        **Telephone No.:** _____

**Address:** _____        **Date of Birth:** _____

_____        **Date of Dissolution of Marriage:** _____
                                                                 (if applicable)

**Date of Marriage:** _____

**Parties reside in the same household:**  \_\_\_\_\_ Yes  \_\_\_\_\_ No

**Minor and/or Dependent Children of this** _____ Marriage or _____ Parentage

| Full Names | Age | DOB | Residing with |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Current Employer:** _____        **Address:** _____
**Self Employment:** _____        **Address:** _____
**Other Employment:** _____        **Address:** _____
_____ **Check if unemployed**

**Number of Paychecks per year (Please Circle)**        12        24        26        52
**Number of Exemptions claimed:** _____
**Number of Dependents claimed:** _____

**Gross income from all sources last year:** _____

**Gross income from all sources this year through:** _____ : _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**Case** (Rev. 6/07/06) CCDR 0604 B

**STATEMENT OF INCOME**            **As of** _____

**Gross Monthly Income**

| | |
|---|---|
| **Salary/wages/base pay** | $ _____ |
| **Overtime/commission** | _____ |
| **Bonus** | _____ |
| **Draw** | _____ |
| **Pension and retirement benefits** | _____ |
| **Annuity** | _____ |
| **Interest income** | _____ |
| **Dividend income** | _____ |
| **Trust income** | _____ |
| **Social Security** | _____ |
| **Unemployment benefits** | _____ |
| **Disability payment** | _____ |
| **Worker's compensation** | _____ |
| **Public Aid/Food stamps** | _____ |
| **Investment income** | _____ |
| **Rental income** | _____ |
| **Business income** | _____ |
| **Partnership income** | _____ |
| **Royalty income** | _____ |
| **Fellowship/stipends** | _____ |
| **Other income (specify):** _____ | _____ |
| **TOTAL GROSS MONTHLY INCOME** | $ _____ |

**Required Monthly Deductions**

| | |
|---|---|
| **Federal Tax (based on** _____ **exemptions)** | $ _____ |
| **State Tax (based on** _____ **exemptions)** | _____ |
| **FICA (or Social Security equivalent)** | _____ |
| **Medicare Tax** | _____ |
| **Mandatory retirement contributions required by law or as condition of employment** | _____ |
| **Union Dues (Name of Union:** _____ **)** | _____ |
| **Health/Hospitalization Premiums** | _____ |
| **Prior obligation(s) of support actually paid pursuant to Court order** | _____ |
| **Expenditures for repayment of debts that represent reasonable and necessary expenses for the production of income** (identify and itemize) | _____ |
| **Medical expenditures necessary to preserve life or health** | _____ |
| **Reasonable expenditures for the benefit of the child and the other parent exclusive of gifts (for non-custodial parent only)** (identify and itemize on a separate sheet) | _____ |
| **TOTAL REQUIRED DEDUCTIONS FROM INCOME** | $ _____ |
| **NET MONTHLY INCOME** | $ _____ |

**Case No:** _____ (Rev: 6/07/06) CCDR 0604 C

**STATEMENT OF MONTHLY LIVING EXPENSES** As of _____

1. **Household**
   a. **Mortgage or rent** (specify) $ _____
   b. **Home equity payment** _____
   c. **Real estate taxes, assessments** _____
   d. **Homeowners or renters insurance** _____
   e. **Heat/fuel** _____
   f. **Electricity** _____
   g. **Telephone (include long distance/cellular/fax or modem lines)** _____
   h. **Water and Sewer** _____
   i. **Refuse removal** _____
   j. **Laundry/dry cleaning** _____
   k. **Maid/cleaning service** _____
   l. **Furniture and appliance repair/replacement** _____
   m. **Repairs and maintenance to dwelling** _____
   n. **Lawn and garden/snow removal** _____
   o. **Food (groceries, household supplies, etc.)** _____
   p. **Liquor, beer, wine, etc.** _____
   q. **Cable/Satellite TV** _____
   r. **Internet Service Provider** _____
   s. **Other (specify):** _____ _____

   **SUBTOTAL HOUSEHOLD EXPENSES:** $ _____

2. **Transportation**
   a. **Gasoline** $ _____
   b. **Repairs and Maintenance** _____
   c. **Insurance/license/city stickers** _____
   d. **Payments/replacement** _____
   e. **Alternative transportation** _____
   f. **Parking** _____
   g. **Other (specify):** _____ _____

   **SUBTOTAL TRANSPORTATION EXPENSES:** $ _____

3. **Personal** $ _____
   a. **Clothing** _____
   b. **Grooming** _____
   c. **Medical** (after insurance proceeds/reimbursement) _____
      (1) **Doctor** _____
      (2) **Dentist** _____
      (3) **Optical** _____
      (4) **Medication** _____
   d. **Insurance**
      (1) **Life (term)** _____
      (2) **Life (whole or annuity)** _____
      (3) **Medical/Hospitalization** _____
      (4) **Dental/Optical** _____
   e. **Other (specify):** _____ _____

   **SUBTOTAL PERSONAL EXPENSES:** $ _____

4. **Miscellaneous**
   a. **Clubs/social obligations/entertainment (including dining out)**   $ _____
   b. **Newspapers, magazines, books**                                       _____
   c. **Gifts**                                                              _____
   d. **Donations, church or religious affiliation**                         _____
   e. **Vacations (not including children)**                                 _____
   f. **Computer/Supplies/Software**                                         _____
   g. **Other (specify):** _____   _____

**SUBTOTAL MISCELLANEOUS EXPENSES:**                                         $ _____

5. **Minor and/or Dependent children:**
   a. **Clothing**                                                         $ _____
   b. **Grooming**                                                           _____
   c. **Education**
      (1) **Tuition**                                                        _____
      (2) **Books/Fees**                                                     _____
      (3) **Lunches**                                                        _____
      (4) **Transportation**                                                 _____
      (5) **School-sponsored activities**                                    _____
   d. **Medical** (after insurance proceeds):
      (1) **Doctor**                                                         _____
      (2) **Dentist**                                                        _____
      (3) **Optical**                                                        _____
      (4) **Medication**                                                     _____
   e. **Allowance**                                                          _____
   f. **Child care/Pre-school care/After-school care (not included elsewhere)**   _____
   g. **Sitters**                                                            _____
   h. **Lessons/extracurricular activities/supplies**                        _____
   i. **Clubs/Summer Camps**                                                 _____
   j. **Vacations (children only)**                                          _____
   k. **Other activities**                                                   _____
   l. **Entertainment**                                                      _____
   m. **Other (specify) (e.g. gifts children give to others)**               _____

**SUBTOTAL CHILDREN'S EXPENSES:**                                            $ _____

**TOTAL MONTHLY LIVING EXPENSES:**                                           $ _____

---

**STATEMENT OF LIABILITIES**

Note: Identify all creditors, but DO NOT DUPLICATE monthly expense if listed above as monthly expense item.

| CREDITOR NAME | PAYMENT FOR | BALANCE DUE | MINIMUM MONTHLY PAYMENT |
|---|---|---|---|
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ | _____ |
| _____ | _____ | $_____ |  |

**SUBTOTAL MONTHLY DEBT SERVICE:**  $ _____

Case No._____                                          (Rev. 6/07/06) CCDR 0604 E

## RECAPITULATION

| | |
|---|---|
| **NET MONTHLY INCOME** | $ _____ |
| **TOTAL MONTHLY LIVING EXPENSES** | _____ |
| **DIFFERENCE BETWEEN NET INCOME AND EXPENSES** | _____ |
| **LESS MONTHLY DEBT SERVICE** | _____ |
| **INCOME AVAILABLE PER MONTH** | _____ |

**CONTINGENT LIABILITIES:**
    (Provide potential obligor, claimant, basis of claim, date incurred, amount claimed, who incurred.)

_____
_____

**Have you ever filed for Bankruptcy?** _____ Yes _____ No
**Is so, when?**    Date _____ Case No. _____

**Additional Cash Flow (monthly) (Identify but do not add to monthly income)**

  **Spousal Support Received**
  (Payments received from prior Judgment or Support orders in other actions):    _____

                                    Case No.  _____

  **Child Support Received**
  (Payments received pursuant to Court order in this action):    _____
  (Payments received pursuant to Court order in other actions):    _____
                                    Case No.:  _____

**STATEMENT OF ASSETS**

The date of valuation is _____ _____ unless otherwise specified. Please designate values. In prejudgment dissolution of marriage actions, please indicate whether the property is marital (M) or non-marital husband (NMH) or non-marital wife (NMW).

  **Description of Asset**        **Title in Name of**        **M/NMH/NMW**        **Value**

**CASH or CASH EQUIVALENTS:**

1.  **Savings or interest-bearing accounts**

2.  **Checking Accounts**

3.  **Certificates of Deposit**

4.  **Money Market Accounts**

5.  **Cash**

6.  **Other (specify):**

(Rev. 6/07/06)  CCDR 0604 F

**Case No.**_____

**INVESTMENT ACCOUNTS and SECURITIES:**

1. **Stocks**

2. **Bonds**

3. **Tax exempt securities**

4. **Secured or Unsecured Notes**

5. **Other (specify):**

**REAL PROPERTY:**
(Provide address, type and description, amounts of mortgages, loans or liens)

1. **Residence**

2. **Secondary or vacation residence**

3. **Investment or Business Real Estate**

4. **Vacant Land**

5. **Other (specify):**

**MOTOR VEHICLE(s):  Boats, Trailers, Etc.  (Provide Year, Model, Make, Lien, Debtor, Amount)**

**BUSINESS INTERESTS:** Corporations, Partnerships, Sole Proprietorships (Provide percentage interest and number of shares, name of business, type of business, type of entity, current accounts receivable, current bank account balances, current inventory value)

**INSURANCE POLICIES:** Life, medical, disability, business overhead, property, etc. (Provide type of insurance, insurer, policy number, name of insured, owner of policy, face amount, beneficiary, face value, cash value, surrender value, current death benefits)

**Case No.** _____

**PENSION PLANS, IRA ACCOUNTS, DEFERRED COMPENSATION, ANNUITIES, 401K, etc.:**
**(Provide name and type of plan, trustee of plan, nature of interest, beneficiary, vested or non-vested, current value)**




**STOCK OPTIONS, ESOPS, OTHER DEFERRED COMPENSATION OR EMPLOYMENT BENEFITS:**
**(Describe fully)**




**INCOME TAX REFUNDS:  Federal and State (Identify tax year)**




**CHOSES IN ACTION:**
**(Provide date of occurrence, nature/amount of claim, date suit filed, case number, name of plaintiffs)**




**COLLECTIBLES:  (Coins, stamps, art, antiques, etc.)**




**ALL OTHER PROPERTY:  (Personal or Real, NOT PREVIOUSLY LISTED valued in excess of $500.00)**


---

STATEMENT OF ASSETS TRANSFERRED OR SOLD

List all assets transferred or sold in any manner during the preceding three years, or length of marriage, whichever is shorter (transfers or sales in the routine course of business which resulted in an exchange of assets of substantially equivalent value need not be specifically disclosed where such assets are otherwise identified in the statement of net worth.)

| Description of Property | To Whom Transferred or Sold and Relationship to Transferee | Date of Transfer | Value | Amount Received |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

Case No. _____

## STATEMENT OF HEALTH INSURANCE COVERAGE

**Currently effective health insurance coverage?** _____ Yes _____ No

**Name of insurance carrier:** _____ **Policy or Group No.** _____

**Type of insurance:** ____ Medical ____ Dental ____ Optical

**Deductible: Per individual** _____ **Per family** _____

| | | | | | |
|---|---|---|---|---|---|
| **Persons covered:** | _____ | Self | _____ Spouse | _____ | Dependents |
| **Type of policy:** | _____ | HMO | _____ PPO | _____ | Full indemnity |
| **Provided by:** | _____ | Employer | _____ Private Policy | _____ | Other Group |
| **Monthly cost:** | _____ | Paid by employer | | _____ | Paid by employee |

$ _____ for dependents per month

$ _____ for myself per month

---

The foregoing Asset Disclosure Statement has been carefully read by the undersigned who states under oath, under penalties as provided by law pursuant to 735 ILCS 5/1-109, that he/she has knowledge of the matters stated and that the statements set forth in this Affidavit are true and correct, except as to matters specifically stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he/she believes same to be true.

_____
**Signature of Party**

_____ **Petitioner**  _____ **Respondent**

_____
**Type or Print Name**

**Signed and sworn to before me**

_____, _____.

_____
**Notary Public**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**